# UNITED STATES DISTRICT COURT
### for the
_____ District of _Connecticut_____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Thomas Smalls | ) Case No: _3:99CR-85_ |
| | ) USM No: _____ |
| Date of Previous Judgment: _June 19, 2001_____ | ) _Noah Lipman_____ |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of    x   the defendant        the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

   X   DENIED.         GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ |
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: ____ to ____ months | Amended Guideline Range: ____ to ____ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

   The reduced sentence is within the amended guideline range.

❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

X  Other (explain):    Defendant was sentenced to the mandatory minimum term of 240 months and is ineligible for a reduced sentence.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _June 19, 2001_____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   _May 13, 2008_____          _____
                                                                              Judge's signature

Effective Date: _May 23, 2008_____          _Ellen Bree Burns, Senior United States District Judge_
              (if different from order date)                                 Printed name and title